**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No. 00-1098 (MJD/RLE)

Flores-Huerta
v.
Lindemann

**IN RE: Notice of Reassignment of Magistrate Judge - NEW 00-1098 (MJD/SRN)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200..

DATED: JUN 29 2000

Francis E. Dosal, Clerk

Filed JUN 29 2000
Judgment entered________
Deputy Clerk________

9