# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Celestino Flores-Huerta

Plaintiff

v.

Dave Lindemann, Special Agent,
Immigration Services,
United State of America,et al.;

Defendants

Case No. Civil 00-1908 MJD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for a writ of habeas corpus is denied. Petitioner's motion for appointment of counsel and interpreter is denied. This action is dismissed with prejudice.

DATE: March 6, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk