UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Celestino Flores-Huerta,

Petitioner,

v.

ORDER
Civil No. 00-1098(MJD/SRN)

Dave Lindemann, I.N.S., et. al.,

Respondents.

---

This matter is before the Court upon the motion of Petitioner for reconsideration of this Court's Order dated March 6, 2001 denying his motion for relief pursuant to 28 U.S.C. § 2241 based upon the Report and Recommendation dated October 31, 2001. It is Petitioner's contention that he never received a copy of the Report and Recommendation, and that he was thus denied the opportunity to file an objection before this Court entered its order.

The Court will take Petitioner's motion for reconsideration under advisement, and allow him the opportunity to respond to the Report and Recommendation.

IT IS HEREBY ORDERED that the Clerk of Court serve a copy of the Report and Recommendation dated October 31, 2000 upon Petitioner and that Petitioner shall have ten days from the date of receipt of said Report and Recommendation in which to file an objection.

Date: Nov. 19, 2001

Michael J. Davis
United States District Court

NOV 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK