UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Celestino Flores-Huerta,

Petitioner,

v.

ORDER
Civil No. 00-1098(MJD/SRN)

Dave Lindemann, I.N.S.,
et. al.,

Respondents.

---

This matter is before the Court upon the motion of Petitioner for reconsideration of this Court's Order dated March 6, 2001 denying his motion for relief pursuant to 28 U.S.C. § 2241 based upon the Report and Recommendation dated October 31, 2000. Petitioner asserted that he never received a copy of the Report and Recommendation, and therefore had no opportunity to object to the same. The Court thus issued an Order dated November 19, 2001, allowing him the opportunity to file an objection to the Report and Recommendation, such objection to be filed within ten days after receipt of the Report and Recommendation.

Petitioner has not filed an objection within the time allowed. Accordingly,

IT IS HEREBY ORDERED that the Petitioner's motion for reconsideration is denied.

Date: 12-19-01

Michael J. Davis
United States District Court

FILED [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________